Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN AP.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Anthony Hinojos-Lopez

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HINOJOS-LOPEZ, an Individual;<br><br>            Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE SERVICES, LLC, is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC, is a business entity, form unknown; TRANSUNION, LLC is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., a Corporation, and DOES 1-10, Inclusive,<br><br>            Defendants. | Case No.: CV14-04354 JAK MRW<br>Assigned: Hon. John A. Kronstadt<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., AND TRANS UNION LLC.,** *ONLY* |

   TO THE COURT AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the Plaintiff has settled with Defendants Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services, LLC., and are in the process of completing the settlement terms and will be filing stipulations of dismissal and (proposed) orders of dismissal.

   Plaintiff estimates that these matters should be completed within two to three weeks.

1 | Dated: 9/11/14           **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By: /s/ Robert F. Brennan
Robert F. Brennan
Attorney for Plaintiffs
Anthony Hinojos-Lopez

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **September 11, 2014**, I served the foregoing documents described as **PLAINTIFF'S NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., AND TRANSUNION LLC., ONLY** on parties in this action,

[ x ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Donald E. Bradley
MUSICK PEELER AND GARRETT LLP
650 Town Center Drive Ste 1200
Costa Mesa CA 92626-1925

Katherine A. Klimkowski
JONES DAY
3161 Michelson Drive Ste. 800
Irvine CA 92612-4408

Johari Nailah Townes
Doll Amir and Eley LLP
1888 Century Park East  Suite 1850
Los Angeles, CA  90067

Thomas P. Quinn, Jr.
NOKES AND QUINN A P.C.
410 Broadway Ste. 200
Laguna Back CA 92651

[ ] *I deposited such envelope in the mail at La Crescenta, California. The envelope was mailed with postage thereon fully prepaid.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 11, 2014**, at La Crescenta, California.

_____
Daniel Grubbs