# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HINOJOS-LOPEZ, an Individual;<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>CAPITAL ONE SERVICES, LLC, is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC, is a business entity, form unknown; TRANSUNION, LLC is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., a Corporation, and DOES 1-10, Inclusive,<br><br>　　　Defendants. | Case No.: CV14-04354 JAK MRW<br>Assigned: Hon. John A. Kronstadt<br><br>**ORDER OF DIMISSAL WITH PREJUDICE OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC AND EQUIFAX INFORMATION SERVICES LLC,** *ONLY* |

　　　Plaintiff Anthony Hinojos-Lopez has announced to the Court that all matters in controversy against Defendants Experian Information Solutions, Inc., Transunion, LLC, and Equifax Information Services LLC, only, have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Anthony Hinojos-Lopez against Defendants Experian Information Solutions, Inc., Transunion, LLC, and Equifax Information Services LLC, only, are in all respect dismissed with prejudice to the refilling of same, with Court costs to be paid by the party incurring same.

DATED this 18th day of September 2014.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE