1   Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2   3150 Montrose Ave.
La Crescenta, Ca. 91214
3
[818] 249-5291
4   FAX [818] 249-4329
Email: rbrennan@brennanlaw.com
5
Attorney for: Plaintiff Anthony Hinojos-Lopez
6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10   ANTHONY HINOJOS-LOPEZ, an Individual; )        Case No.: CV14-04354 JAK MRW
                                              )
11          Plaintiff,                        )        Assigned: Hon. John A. Kronstadt
                                              )
12          vs.                               )
                                              )
13   CAPITAL ONE SERVICES, LLC, is a          )        **NOTICE OF SETTLEMENT**
     business entity, form unknown; EQUIFAX   )
14   INFORMATION SERVICES, LLC,  is a         )
     business entity, form unknown;           )
15   TRANSUNION, LLC is a business entity, form)
     unknown; EXPERIAN INFORMATION            )
16   SOLUTIONS INC., a Corporation, and DOES  )
     1-10, Inclusive,                         )
17                                            )
            Defendants.                       )
18

19          TO THE COURT AND ALL INTERESTED PARTIES:

20          PLEASE TAKE NOTICE that the parties have settled the above-referenced case and are

21   in the process of completing the settlement terms and will be filing stipulations of dismissal and

22   (proposed) orders of dismissal.  Plaintiff estimates that these matters should be completed within

23   two to three weeks.

24   Dated: Jan._9_, 2015              LAW OFFICES OF ROBERT F. BRENNAN AP.C.

25

26                                     By_/s/ *Robert F. Brennan*_____
                                       Robert F. Brennan
27                                     Attorney for Plaintiff

28   _____
                              NOTICE OF SETTLEMENT