# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HINOJOS-LOPEZ, an Individual;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAPITAL ONE SERVICES, LLC, is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC,  is a business entity, form unknown; TRANSUNION, LLC is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., a Corporation, and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No.: CV14-04354 JAK MRW<br>Assigned: Hon. John A. Kronstadt<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE SERVICES, LLC AND ENTIRE CASE**<br><br>**JS-6** |

Plaintiff Anthony Hinojos-Lopez ("Plaintiff") has announced to the Court that all matters in controversy against Defendant Capital One Services, LLC, have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Anthony Hinojos-Lopez against Defendant Capital One Services, LLC are in all respect dismissed with prejudice to the refilling of same, with Court costs to

be paid by the party incurring same.  Inasmuch as there are no remaining defendants, the entire case is hereby dismissed with prejudice.

DATED this 6th day of February 2015.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2
ORDER RE: DISMISSAL OF CAPTIAL ONE SERVICES, LLC, AND ENTIRE CASE